**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JOHN CLARK SCALES, JR.                                                                                   PLAINTIFF
ADC # 138509

V.                                            3:09-cv-00087-JMM

JONESBORO POLICE DEPARTMENT and
VIC BROOKS, Detective, Jonesboro Police Department                           DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this 22nd day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE